IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO, | : : : : | |
| Plaintiffs, | : : | Civil No. 04-6297 (RBK) |
| v. | : : | **ORDER** |
| ANI ASSOCIATES, INC., | : : | |
| Defendant. | : : | |

THIS MATTER having come before the Court upon motion for summary judgment by plaintiffs Access 4 All, Inc. and Felix Esposito ("Plaintiffs"); and the Court having considered the moving papers; for the reasons stated in the accompanying opinion,

IT IS HEREBY **ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED**.  The Court further **ORDERS** Defendant to make the necessary modifications to its property within **90 DAYS** unless good cause can be shown for why this cannot be done.

Dated:   9/25/2007
/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge